1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumental
2  Kyle R. Nordrehaug
   Aparajit Bhowmik
3  2255 Calle Clara
   La Jolla, California  92037
4  Telephone: (858) 551-1223
   Facsimile:  (858) 551-1232
5
   Attorneys for Plaintiff
6

7  SEYFARTH SHAW LLP
   Jon D. Meer (SBN 144389)
8  jmeer@seyfarth.com
   Sheryl L. Skibbe (SBN 199441)
9  sskibbe@seyfarth.com
   Casey J.T. McCoy (SBN 229106)
10 cjtmccoy@seyfarth.com
   2029 Century Park East, Suite 3500
11 Los Angeles, California  90067-3021
   Telephone:     (310) 277-7200
12 Facsimile:     (310) 201-5219

13 Attorneys for Defendant
   NIKE RETAIL SERVICES, INC.
14

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| PAYAL PATEL, an individual, on behalf of herself, on behalf of all persons similarly situated, and as the representative of the State of California,<br><br>                    Plaintiff,<br><br>         v.<br><br>NIKE RETAIL SERVICES, INC., a Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 3:14-cv-00851<br><br>Judge:  Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br><br>Complaint Filed:  November 25, 2013<br>Complaint Served:  February 7, 2014<br>Case Removed:  February 26, 2014 |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant NIKE Retail Services, Inc. ("Defendant") and Plaintiff Payal Patel ("Plaintiff") (collectively, the "Parties"), acting by and through their respective counsel, hereby stipulate and request that the Court continue the current Case Management Conference and related deadlines for the Parties to conduct their initial Rule 26(f) conference, exchange initial disclosures, and to file a Joint Case Management Statement pursuant to Local Rule 16-9.  This stipulation is based on the following facts:

WHEREAS, Plaintiff's Motion to Remand was heard on May 8, 2014;

WHEREAS, Plaintiff's Motion to Remand was taken under submission and no ruling has been issued by this Court;

WHEREAS, the deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) was May 14, 2014;

WHEREAS, the Parties are to file their Joint Case Management Statement and exchange initial disclosures by tomorrow, May 20, 2014;

WHEREAS, the Case Management Conference is scheduled for June 4, 2014;

WHEREAS, the Parties agree that the pending Motion to Remand should be resolved before the Parties and the Court expend time and resources on conferences, reports and disclosures;

WHEREAS, the Parties' jointly request that the Court continue the current Case Management Conference and related deadlines to a date after the Court rules on Plaintiff's Motion to Remand;

WHEREAS, no prior extension of time has been requested by the Parties;

THEREFORE, the Parties hereby stipulate and request the Court to continue the Case Management Conference, currently schedule for June 4, 2014, to a date at least three (3) weeks after the Court rules on Plaintiff's Motion to Remand.

The Parties further stipulate and propose to continue the related deadlines as follows:

- The Parties shall engage in the Initial Rule 26(f) Conference seven (7) days after the Court issues its order on Plaintiff's Motion to Remand;
- The Parties shall file a Joint Case Management Statement pursuant to Local Rule 16-9 fourteen (14) days after the Court issues its order on Plaintiff's Motion to Remand;
- The Parties shall exchange initial disclosures fourteen (14) days after the Court issues its order on Plaintiff's Motion to Remand;

**IT IS SO STIPULATED.**

DATED:  May 19, 2014                              SEYFARTH SHAW LLP


                                                  By: /s/ Casey J.T. McCoy
                                                       Jon D. Meer
                                                       Sheryl L. Skibbe
                                                       Casey J.T. McCoy
                                                  Attorneys for Defendant
                                                  NIKE RETAIL SERVICES, INC.


DATED:  May 19, 2014                              BLUMENTHAL, NORDREHAUG & BHOWMIK


                                                  By: /s/ Aparajit Bhowmik
                                                       Norman B. Blumenthal
                                                       Kyle R. Nordrehaug
                                                       Aparajit Bhowmik
                                                  Attorneys for Plaintiff
                                                  PAYAL PATEL

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

**[PROPOSED] ORDER**

Good cause appearing and pursuant to the Parties' above stipulation, the Court GRANTS the parties' request to continue the current Case Management Conference and related deadlines for the Parties to conduct their initial Rule 26(f) conference, exchange initial disclosures, and to file a Joint Case Management Statement pursuant to Local Rule 16-9, as follows:

- The Parties shall engage in the Initial Rule 26(f) Conference seven (7) days after the Court issues its order on Plaintiff's Motion to Remand;
- The Parties shall file a Joint Case Management Statement pursuant to Local Rule 16-9 fourteen (14) days after the Court issues its order on Plaintiff's Motion to Remand;
- The Parties shall exchange initial disclosures fourteen (14) days after the Court issues its order on Plaintiff's Motion to Remand;
- The Case Management Conference is continued to a date at least three (3) weeks after the Court rules on Plaintiff's Motion to Remand.

If the Court denies the motion to remand, the parties shall, within three days of that order, jointly move the court to set a specific case management conference date and related deadlines

**IT IS SO ORDERED.**

Dated: May 20, 2014



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES